**From:** FPR.AdultUseCannabis <FPR.AdultUseCannabis@illinois.gov>
**Subject: Notice of Deficiency in Dispensary Application**
**Date:** May 1, 2020 at 3:57:06 PM CDT
**To:** "rpark6@gmail.com" <rpark6@gmail.com>, "jr@chicann.com" <jr@chicann.com>
**Cc:** US-FM ADV IDFPR <us-advidfpr@kpmg.com>

Dear **counterpublic, llc,**

This e-mail serves as your notification that one or more deficiencies have been identified in your application for a Conditional Adult Use Dispensing Organization License. Please carefully read the instructions below and submit the information addressing the identified deficiencies.

You have **10 calendar days** beginning the day after the date this e-mail was sent to submit the required information in the manner described below. Submissions delivered to the Illinois Department of Financial and Professional Regulations by any other means or after this timeframe will not be accepted. In your submission, do not include any supplemental information related to your application other than that required to address the identified deficiencies. Such supplemental information will not be considered in the review and scoring process. Please note that deficiencies identified are not comprehensive of all applicable statutes identified in the Cannabis Regulation and Tax Act (410 ILCS 705/).

**IMPORTANT: If you do not submit the required information in the required manner within 10-calendar days, your entire application will not be scored and will be disqualified.** (410 ILCS 705/15-30(b)). You will **NOT** receive a refund of your application fee.

Below, are the deficiencies in your application that have been identified at this time. This may not be a complete list of all deficiencies in your application, so please continue to monitor your e-mail account for additional correspondence regarding other deficiencies that may be identified in the future.

**Instructions for Submitting Information to Address Deficiencies:**

1. Review the list below to learn which deficiencies apply to your application.

2. Prepare responses in PDF format addressing each deficiency. A separate PDF document should be created for each Exhibit in which a deficiency has been identified. Unless the deficiency is that an entire Exhibit is missing, only submit supplemental information and materials that address the deficiency identified. For each corrected Exhibit, title the document "Exhibit [letter of exhibit]_[Organization FEIN Number or Organization Name]_Deficiency_[Region ID(s) separated by underscores]."

**File Naming Convention Example:** Exhibit N_81-3780373-Deficiency_1_4_10_17

**Region IDs:**

(1) Bloomington

(2) Carbondale-Marion

(3) Champaign-Urbana

(4) Cape Girardeau

EXHIBIT 2

(5) Danville

(6) Davenport-Moline-Rock Island

(7) Decatur

(8) Kankakee

(9) Springfield

(10) Rockford

(11) East Central Illinois nonmetropolitan

(12) South Illinois nonmetropolitan

(13) Peoria

(14) Northwest Illinois nonmetropolitan

(15) West Central Illinois nonmetropolitan

(16) St. Louis

(17) Chicago-Naperville-Elgin

3. Once you've assembled your PDF responses, you will access the Secure File Transfer Protocol (SFTP) file as described in the information below with the following username and password. For SFTP related questions only, please contact the following email address: us-advIDFPR@kpmg.com and a resource will get back to you promptly. We recommend logging into the SFTP as soon as possible to determine any access issues as extensions to submit your content beyond the 10 calendar days will not be provided.


**Primary Contact Username: rpark6@gmail.com**

**Primary Contact Password: D8f5ZoHf**

**Secondary Contact Username: jr@chicann.com**

**Secondary Contact Password: x42VCt1B**

**<u>Listing of alphabetical deficiencies in your Application as provided by Section 15-30(b) of the Cannabis Regulation and Tax Act:</u>**

**<u>BLS Region:</u>**
**Bloomington**
N/A


**Cape Girardeau**
Exhibit F
The proposed business plan did not include the requirement for an estimated volume of cannabis the applicant plans to store at the dispensary.
Exhibit H

EXHIBIT 2

The application did not include the requirement for an executed contract with a private security contractor.
Exhibit J
The application did not include the requirement for a description of the features that will provide accessibility as required by the ADA.
The application did not include the requirement for a description of the air treatment systems that will be installed to reduce odors.
The application did not include the required statement that the issuance of a license will not have a detrimental impact on the community in which the applicant wishes to locate.
Exhibit P
The application did not include evidence which establishes the applicant's status as a Social Equity Applicant. In particular, the application did not provide sufficient evidence that:
• One or more persons asserting they resided in a disproportionately impacted area for at least 5 of the preceding 10 years did not provide sufficient documentation to support that assertion, and/or did not provide sufficient documentation that the individual owns and controls a sufficient percentage of the dispensing organization alone or in conjunction with other proposed principal officers to qualify as a Social Equity Applicant.
and/or
• The applicant did not provide sufficient evidence to support its assertion that it is an Illinois resident.

**Carbondale – Marion**
N/A

**Champaign Urbana**
N/A

**Chicago-Naperville-Elgin**
Exhibit F
The proposed business plan did not include the requirement for an estimated volume of cannabis the applicant plans to store at the dispensary.
Exhibit H
The application did not include the requirement for an executed contract with a private security contractor.
Exhibit J
The application did not include the requirement for a description of the features that will provide accessibility as required by the ADA.
The application did not include the requirement for a description of the air treatment systems that will be installed to reduce odors.
The application did not include the required statement that the issuance of a license will not have a detrimental impact on the community in which the applicant wishes to locate.
Exhibit P
The application did not include evidence which establishes the applicant's status as a Social Equity Applicant. In particular, the application did not provide sufficient evidence that:
• One or more persons asserting they resided in a disproportionately impacted area for at least 5 of the preceding 10 years did not provide sufficient documentation to support that assertion,

EXHIBIT 2

and/or did not provide sufficient documentation that the individual owns and controls a sufficient percentage of the dispensing organization alone or in conjunction with other proposed principal officers to qualify as a Social Equity Applicant.
and/or
• The applicant did not provide sufficient evidence to support its assertion that it is an Illinois resident.

**Danville**
N/A

**Davenport-Moline-Rock Island**
N/A

**Decatur**
N/A

**East Central Illinois Non-Metropolitan**
N/A

**Kankakee**
N/A

**Northwest Illinois Non-Metropolitan**
N/A

**Peoria**
N/A

**Rockford**
N/A

**South Illinois Non-Metropolitan**
N/A

**Springfield**
N/A

**St. Louis**
N/A

**West Central Illinois Non-Metropolitan**
N/A


In your response please provide all relevant documents, combined in one searchable PDF file, by exhibit to support your assertion(s)

EXHIBIT 2

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

EXHIBIT 2



**SFTP Information**

**Important Site Information**

The site URL is https://mft.us.kpmg.com. Please use the name when configuring SSH connections, **not the IP Address.**

SFTP client software like SecureFX and Filezilla can connect on the standard SFTP port 22. SSH connections can be configured to use public key authentication in place of a password.

Most SFTP clients automatically retrieve the host key as part of the initial connectivity with mft.us.kpmg.com. However, for increased security, we recommend that you perform fingerprint verification. The host key has the fingerprint: b9:20:73:c8:87:e1:be:92:85:35:09:35:05:c1:72:1a

**Account Information**

Accounts are created with read/write access to the shared folder. Sub-folders can be created by all users unless requested otherwise. To protect your files, accounts will be locked after 5 failed login attempts. Accounts are disabled after 90 days of inactivity and deleted after an additional 45 days.

**Password Information**

All users must change their password on first system login and every **90 days** thereafter. Accounts will be disabled if the password is not reset within 14 days of expiration. Password strength and length requirements:
- Must be at least 8 characters.
- Must not contain or resemble Username.
- Must contain at least one letter and one number.
- Must not contain dictionary words.
- Must contain both upper- and lower-case letters.
- Must not match any of the previous 14 passwords.

External users requiring assistance with a password should notify their KPMG contact.

Please become familiar with the **My Account** menu on the website. Within that menu you can,
- Check the status of your password
- Change your password
- Change your email address for notifications (if enabled)
- Edit the upload/download wizard setting

**File and Folder/Upload Information**

Files uploaded to the system are automatically purged after 7 days.

Filenames must be unique. Uploads will fail with a permission error if a similarly named file exists in the folder.

We highly recommend using the Upload/Download wizard add-on for the Internet Explorer browser.
The Upload/Download Wizard allows you to:
- Transfer files faster
- Transfer files greater than 2GB
- Transfer multiple files at once
- Perform automatic integrity checking to ensure file non-repudiation
- Compress/un-compress data on the fly
- Add files via drag-and-drop

The following files types are **prohibited** from upload: asp,*.bat,*.ceo,*.chm,*.class,*.cmd,*.com,*.cpl,*.dll,*.exe,*.fon,*.hlp, .hta,*.html,*.inf,*.ini,*.ins,*.js,*.jse,*.jsp,*.lnk,*.msi,*.msp,*.php,*.pif,*.reg,*.scr,*.shs,*.sys,*.vb,*.vbe,*.vbs,*.ws,*.wsc,*.wsf,*. wsh

Shared Folders are deleted after 90 days of inactivity.

Created by **KTech** | Version 2015.02.24a
EXHIBIT 2

© 2015 KPMG LLP, a Delaware limited liability partnership and the U.S. member firm of the KPMG network of independent member firms affiliated with KPMG International Cooperative ("KPMG International"), a Swiss entity.
All rights reserved. Printed in the U.S.A. The KPMG name, logo and "cutting through complexity" are registered trademarks or trademarks of KPMG International. NDPPS 195196 2014.01.07a

Begin forwarded message:

**From:** FPR.AdultUseCannabis <<u>FPR.AdultUseCannabis@illinois.gov</u>>
**Subject: Notice of Deficiency in Dispensary Application**
**Date:** May 1, 2020 at 3:55:50 PM CDT
**To:** "<u>rpark6@gmail.com</u>" <<u>rpark6@gmail.com</u>>, "<u>Jr@chicann.com</u>"
<<u>Jr@chicann.com</u>>
**Cc:** US-FM ADV IDFPR <<u>us-advidfpr@kpmg.com</u>>

Dear **counterbalance, llc,**

This e-mail serves as your notification that one or more deficiencies have been
identified in your application for a Conditional Adult Use Dispensing
Organization License. Please carefully read the instructions below and submit
the information addressing the identified deficiencies.

You have **10 calendar days** beginning the day after the date this e-mail was sent
to submit the required information in the manner described below. Submissions
delivered to the Illinois Department of Financial and Professional Regulations by
any other means or after this timeframe will not be accepted. In your submission,
do not include any supplemental information related to your application other
than that required to address the identified deficiencies. Such supplemental
information will not be considered in the review and scoring process. Please note
that deficiencies identified are not comprehensive of all applicable statutes
identified in the Cannabis Regulation and Tax Act (410 ILCS 705/).

**IMPORTANT: If you do not submit the required information in the**
**required manner within 10-calendar days, your entire application will not**
**be scored and will be disqualified.** (410 ILCS 705/15-30(b)). You
will **NOT** receive a refund of your application fee.

Below, are the deficiencies in your application that have been identified at this
time. This may not be a complete list of all deficiencies in your application, so EXHIBIT 2

please continue to monitor your e-mail account for additional correspondence regarding other deficiencies that may be identified in the future.

**Instructions for Submitting Information to Address Deficiencies:**

1. Review the list below to learn which deficiencies apply to your application.

2. Prepare responses in PDF format addressing each deficiency. A separate PDF document should be created for each Exhibit in which a deficiency has been identified. Unless the deficiency is that an entire Exhibit is missing, only submit supplemental information and materials that address the deficiency identified. For each corrected Exhibit, title the document "Exhibit [letter of exhibit]_[Organization FEIN Number or Organization Name]_Deficiency_[Region ID(s) separated by underscores]."

**File Naming Convention Example:** Exhibit N_81-3780373-Deficiency_1_4_10_17

**Region IDs:**

(1) Bloomington

(2) Carbondale-Marion

(3) Champaign-Urbana

(4) Cape Girardeau

(5) Danville

(6) Davenport-Moline-Rock Island

(7) Decatur

(8) Kankakee

(9) Springfield

(10) Rockford

(11) East Central Illinois nonmetropolitan

(12) South Illinois nonmetropolitan

(13) Peoria

(14) Northwest Illinois nonmetropolitan

(15) West Central Illinois nonmetropolitan

(16) St. Louis

(17) Chicago-Naperville-Elgin

3. Once you've assembled your PDF responses, you will access the Secure File Transfer Protocol (SFTP) file as described in the information below with the following username and password. For SFTP related questions only, please contact the following email address: us-advIDFPR@kpmg.com and a resource will get back to you promptly. We recommend logging into the SFTP as soon as possible to determine any access issues as extensions to submit your content beyond the 10 calendar days will not be provided.

**Primary Contact Username: rpark6@gmail.com**

**Primary Contact Password: D8f5ZoHf**

**Secondary Contact Username: Jr@chicann.com**

**Secondary Contact Password: x42VCt1B**

EXHIBIT 2

**<u>Listing of alphabetical deficiencies in your Application as provided by</u>**
**<u>Section 15-30(b) of the Cannabis Regulation and Tax Act:</u>**

**BLS Region:**
**Bloomington**
N/A

**Cape Girardeau**
N/A

**Carbondale – Marion**
N/A

**Champaign Urbana**
N/A

**Chicago-Naperville-Elgin**
Exhibit F
The proposed business plan did not include the requirement for an estimated
volume of cannabis the applicant plans to store at the dispensary.
Exhibit H
The application did not include the requirement for an executed contract with a
private security contractor.
Exhibit J
The application did not include the requirement for a description of the features
that will provide accessibility as required by the ADA.
The application did not include the requirement for a description of the air
treatment systems that will be installed to reduce odors.
The application did not include the required statement that the issuance of a
license will not have a detrimental impact on the community in which the
applicant wishes to locate.
Exhibit P
The application did not include evidence which establishes the applicant's status
as a Social Equity Applicant. In particular, the application did not provide
sufficient evidence that:
• One or more persons asserting they resided in a disproportionately impacted
area for at least 5 of the preceding 10 years did not provide sufficient
documentation to support that assertion, and/or did not provide sufficient
documentation that the individual owns and controls a sufficient percentage of
the dispensing organization alone or in conjunction with other proposed
principal officers to qualify as a Social Equity Applicant.
and/or
• The applicant did not provide sufficient evidence to support its assertion that it
is an Illinois resident.

**Danville**
N/A

**Davenport-Moline-Rock Island**
N/A

**Decatur**
N/A

**East Central Illinois Non-Metropolitan**
N/A

**Kankakee**
N/A

**Northwest Illinois Non-Metropolitan**

EXHIBIT 2

N/A

**Peoria**
N/A

**Rockford**
N/A

**South Illinois Non-Metropolitan**
N/A

**Springfield**
N/A

**St. Louis**
N/A

**West Central Illinois Non-Metropolitan**
N/A


In your response please provide all relevant documents, combined in one
searchable PDF file, by exhibit to support your assertion(s)



State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this
communication is confidential, may be attorney-client privileged or attorney work product,
may constitute inside information or internal deliberative staff communication, and is
intended only for the use of the addressee. Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited and may be unlawful. If you have
received this communication in error, please notify the sender immediately by return e-
mail and destroy this communication and all copies thereof, including all attachments.
Receipt by an unintended recipient does not waive attorney-client privilege, attorney work
product privilege, or any other exemption from disclosure.

EXHIBIT 2

---------- Forwarded message ---------
From: **FPR.AdultUseCannabis** <FPR.AdultUseCannabis@illinois.gov>
Date: Thu, May 7, 2020 at 2:24 PM
Subject: Notice of Deficiency of Dispensary Application
To: cmninc2019@gmail.com <cmninc2019@gmail.com>, mgabbied@gmail.com <mgab
bied@gmail.com>
CC: US-FM ADV IDFPR <us-advidfpr@kpmg.com>

Dear **Canndid Spirit Too, LLC,**

This e-mail serves as your notification that one or more deficiencies have been identified in your
application for a Conditional Adult Use Dispensing Organization

License.  Please carefully read the instructions below and submit the information addressing the
identified deficiencies.

You have

**10 calendar days** beginning the day after the date this e-mail was sent to submit the required
information in the manner described below. Submissions delivered to the Illinois Department of
Financial and Professional Regulations by any other means

or after this timeframe will not be accepted. In your submission, do not include any supplemental
information related to your application other than that required to address the identified
deficiencies. Such supplemental information will not be considered

in the review and scoring process. Please note that

deficiencies identified are not comprehensive of all applicable statutes identified in the

Cannabis Regulation and Tax

Act (410 ILCS 705/).

**IMPORTANT: If you do not submit the required information in the required manner
within 10-calendar days, your entire application will not**

**be scored and will be disqualified.** (410 ILCS 705/15-30(b)). You will

EXHIBIT 2

**NOT** receive a refund of your application fee.

Below, are the deficiencies in your application that have been identified at this time. This may not be a complete list of all deficiencies in your application,

so please continue to monitor your e-mail account for additional correspondence regarding other deficiencies that may be identified in the future.

**<u>Instructions for Submitting Information to Address Deficiencies:</u>**

1. Review the list below to learn which deficiencies apply to your application.

2. Prepare responses in PDF format addressing each deficiency. A separate PDF document should be created for each Exhibit in which a deficiency has been

identified. Unless the deficiency is that an entire Exhibit is missing, only submit supplemental information and materials that address the deficiency identified. For each corrected Exhibit, title the document "Exhibit [letter of exhibit]_[Organization FEIN

Number or Organization Name]_Deficiency_[Region ID(s) separated by underscores]."

**File Naming Convention Example:** Exhibit N_81-3780373-Deficiency_1_4_10_17

**Region IDs:**

(1) Bloomington

(2) Carbondale-Marion

(3) Champaign-Urbana

(4) Cape Girardeau

(5) Danville

EXHIBIT 2

(6) Davenport-Moline-Rock Island

(7) Decatur

(8) Kankakee

(9) Springfield

(10) Rockford

(11) East Central Illinois nonmetropolitan

(12) South Illinois nonmetropolitan

(13) Peoria

(14) Northwest Illinois nonmetropolitan

(15) West Central Illinois nonmetropolitan

(16) St. Louis

(17) Chicago-Naperville-Elgin

3. Once you've assembled your PDF responses, you will access the Secure File Transfer Protocol (SFTP) file as described in the information below with the

following username and password. For SFTP related questions only, please contact the following email address:

us-advIDFPR@kpmg.com

and a resource will get back to you promptly. We recommend logging into the SFTP as soon as possible to determine any access issues as extensions to submit your content

EXHIBIT 2

beyond the 10 calendar days will not be provided.

**Primary Contact Username: cmninc2019@gmail.com**

**Primary Contact Password: g6DAdHfV**

**Secondary Contact Username: mgabbied@gmail.com**

**Secondary Contact Password: o2IFAH8b**

**Listing of alphabetical deficiencies in your Application as provided by Section 15-30(b) of the Cannabis**

**Regulation and Tax Act:**

**BLS Region:**

**Bloomington**

N/A

**Cape Girardeau**

N/A

EXHIBIT 2

**Carbondale – Marion**

N/A

**Champaign Urbana**

Exhibit J

The application did not include the required statement that the issuance of a license will not have a detrimental

impact on the community in which the applicant wishes to locate.

**Chicago-Naperville-Elgin**

Exhibit J

The application did not include the required statement that the issuance of a license will not have a detrimental impact on the community in which the applicant wishes to locate.

**Danville**

N/A

EXHIBIT 2

**Davenport-Moline-Rock Island**

N/A

**Decatur**

N/A

**East Central Illinois Non-Metropolitan**

Exhibit J

The application did not include the required statement that the issuance of a license will not have a detrimental

impact on the community in which the applicant wishes to locate.

**Kankakee**

Exhibit J

The application did not include the required statement that the issuance of a license will not have a detrimental

impact on the community in which the applicant wishes to locate.

EXHIBIT 2

**Northwest Illinois Non-Metropolitan**

Exhibit J

The application did not include the required statement that the issuance of a license will not have a detrimental

impact on the community in which the applicant wishes to locate.

**Peoria**

N/A

**Rockford**

Exhibit J

The application did not include the required statement that the issuance of a license will not have a detrimental

impact on the community in which the applicant wishes to locate.

**South Illinois Non-Metropolitan**

N/A

EXHIBIT 2

**Springfield**

N/A

**St. Louis**

N/A

**West Central Illinois Non-Metropolitan**

N/A

In your response please provide all relevant documents, combined in one searchable PDF file, by exhibit to support your assertion(s)

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal

deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error,

EXHIBIT 2

please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other

exemption from disclosure.

EXHIBIT 2