Case: 1:20-cv-05264 Document #: 4-3 Filed: 09/08/20 Page 1 of 10 PageID #:73

9/6/2020  Marijuana shop finalists include businesses backed by Terry Hillard, clouted businessmen: 'Doesn't sound ... like social equity' - Chicago S...



MARIJUANA    NEWS    CHICAGO

# Marijuana shop finalists include firms backed by ex-top cop Terry Hillard, restaurateur Phil Stefani: 'Doesn't sound ... like social equity'

Black and Latino lawmakers called on Gov. J.B. Pritzker to delay the issuance of new cannabis licenses over concerns about the application process after just 21 firms advance.

By Tom Schuba  |  Updated Sep 5, 2020, 2:36pm CDT



Customers buying marijuana at Rise Joliet.  |  Sun-Times file

A day after state officials announced that just 21 applicants would be included in an coming lottery to determine the winners of the next round of cannabis dispensary licenses, minority lawmakers urged Gov. J.B. Pritzker to delay all new permits over concerns about an applications process that allowed many clouted and seemingly well capitalized businesses to move onto the next phase.

State officials on Thursday were quick to mention that all the qualifying applicants are so-called social equity candidates, who are given a leg-up in the process to bolster

EXHIBIT 3

Case: 1:20-cv-05264 Document #: 4-3 Filed: 09/08/20 Page 2 of 10 PageID #:74

9/6/2020  Marijuana shop finalists include businesses backed by Terry Hillard, clouted businessmen: 'Doesn't sound ... like social equity' - Chicago S...

minority participation in the overwhelmingly white marijuana industry.

Yet the small pool of remaining applicants includes former Chicago police Supt. Terry Hillard, well known Chicago restaurateur Phil Stefani, Lucky Lincoln Gaming president Jeff Rehberger and existing players in the pot industry. Their status as applicants was first reported by the Grown In newsletter.

RELATED

**75 pot shop licenses to be awarded in lottery that includes just 21 applicants; losing firms 'shocked'**

In a written statement Friday, members of the Black and Latino caucuses said they "voted for a law that had a framework for the administration to create more Black and Latino cannabis startups than any other state in the country.

"That's why we were shocked to see that up to 75 dispensaries will be awarded to 21 entities," the lawmakers wrote. "Our shock is outweighed by the countless calls we've fielded from constituents questioning if this process was equitable and achieve the goals we share to diversify the cannabis industry."

Members of the Black Caucus also wrote a separate letter calling on Pritzker to provide more information about the remaining hopefuls and the methods for scoring applications.

The group wants additional information about the graders from KPMG, the global accounting firm that was awarded two no-bid contracts valued at nearly $7 million to grade all of the upcoming recreational marijuana licenses. KPMG gave perfect scores to all 21 applicants, who all were given social equity points for having at least one partner who either lives in an area that's been disproportionately impacted by past drug enforcement, has a prior arrest or conviction for an expungeable weed offense or meets other criteria.

Pritzker spokeswoman Jordan Abudayyeh didn't directly address the concerns raised by lawmakers. Instead, she issued a statement Saturday touting the measure that lifted Illinois' pot prohibition as the "most equity centric cannabis law in the nation," a descriptor that's been used repeatedly by administration officials.

Case: 1:20-cv-05264 Document #: 4-3 Filed: 09/08/20 Page 3 of 10 PageID #:75

9/6/2020 Marijuana shop finalists include businesses backed by Terry Hillard, clouted businessmen: 'Doesn't sound ... like social equity' - Chicago S...

"Every license in the first round will go to a social equity applicant: in fact, 60% of the eligible entities to receive the 75 licenses in the lottery are majority owned by people of color," she said. "While this progress is a step in the right direction, we have always said that ensuring equity in the cannabis industry is a marathon, not a sprint."

Abudayyeh pointed specifically to an upcoming "disparity study" that will be used to "ensure the law as written has its intended effect of making sure those disproportionately impacted by the war on drugs have ownership in the new industry."

9/6/2020 Marijuana shop finalists include businesses backed by Terry Hillard, clouted businessmen: 'Doesn't sound ... like social equity' - Chicago S…



https://chicago.suntimes.com/2020/9/4/21422600/social-equity-cannabis-dispensary-marijuana-terry-hillard-phil-stefani-pritzker-black-latino-caucus 4/6

EXHIBIT 3

Case: 1:20-cv-05264 Document #: 4-3 Filed: 09/08/20 Page 5 of 10 PageID #:77

9/6/2020  Marijuana shop finalists include businesses backed by Terry Hillard, clouted businessmen: 'Doesn't sound … like social equity' - Chicago S…



Terry Hillard in 2003. | Sun-Times file

There are 336 spots in the upcoming lottery, which represent each application that received a perfect score. An applicant can win the right to run as many as 10 stores across the state's 17 regions.

Hillard, the city's former top cop, is listed as a manager for applicant EHR Holdings LLC, which lists an address on the Near West Side in records kept by the Illinois secretary of state's office. His firm will have five opportunities in the lottery to win licenses to open dispensaries in three of the state's regions.

While the legalization law was framed as a way to address some of the harms inflicted by the war on drugs, Hillard played a part in that type of enforcement as a longtime police official. He retired as Chicago's police superintendent in 2003 after five years, and his private security firm has subsequently been contracted by cannabis dispensaries in Illinois.

Hillard, like other finalists contacted Friday, could not be reached for comment.

Stefani's restaurant group includes Tavern on Rush and other city hot spots. Now, he's serving as manager of Hinsdale-based GRI Holdings LLC, which has 25 lottery spots, mostly to open dispensaries in the Chicago area.

Stefani notably spoke out against existing pot firm Pharmacann's proposal to open a shop near the Gold Coast during a meeting last month of the Zoning Board of Appeals, saying it didn't fit in a neighborhood famous for its nightlife. The planned dispensary was ultimately shot down by the city.

Rehberger, who runs the West Town-based terminal gambling company Lucky Lincoln Gaming, is listed as the agent and manager of Fortunate Son Partners LLC, an applicant based in Highland Park with 38 applications across all 17 regions, records show.

Omar Fakhouri, the cousin of Lucky Lincoln's business development manager, is listed in state records as the agent and manager of Lyons-based Mint IL LLC, which has 28

EXHIBIT 3

Case: 1:20-cv-05264 Document #: 4-3 Filed: 09/08/20 Page 6 of 10 PageID #:78

9/6/2020      Marijuana shop finalists include businesses backed by Terry Hillard, clouted businessmen: 'Doesn't sound ... like social equity' - Chicago S...

chances to win licenses. Fakhouri currently operates a cannabis business in Michigan with a similar name.

His cousin, Sam Fakhouri, is also the landlord for the Modern Cannabis store in River North.

In a separate statement Friday, state Rep. Sonya Harper, said "many things about this equation and resulting numbers just seem very inequitable." The chair of the House Economic Opportunity & Equity Committee, she said lawmakers "are considering a change in the amount of licenses one applicant may be able to apply for at one particular time, knowing that a true social equity applicant may not have the means to submit dozens of applications in every district across the state."

Almost immediately after the state released the list of companies moving onto the next phase, social equity applicants complained about the winners.

Michael Malcolm, a Morgan Park real estate broker whose applications were rejected, said it was "insane" that the state is allowing just 21 applicants to go forward, further limiting the players in an industry already dominated by a few highly capitalized white-owned businesses.

"That doesn't sound to me like social equity. ... That sounds like big business," said Malcolm, who is Black.

EXHIBIT 3



payQwick — GAIN FINANCIAL CONTROL FOR YOUR CANNABIS BUSINESS. OUR SERVICES: Cash, ACH, Wires & Bill Pays; Electronic Payments & Invoicing; Merchant Services & Lending. OUR HIGHLIGHTS: Over 50 MSO Relationships; Over $1 Billion Processed; Over $100 Million Fedwires. QUICK APPROVALS FOR NEW OR EXISTING IL LICENSEES.

Grown In | (https://grownin.com/2020/09/03/illinois-slims-dispensary-applicants-for-75-licenses-down-to-21-potential-winners/)

# Illinois slims dispensary applicants for 75 licenses down to 21 potential winners

By **Mike Fourcher** | September 3, 2020



*Toi Hutchinson, Illinois' Senior Advisor to the Governor on Cannabis Control. (official Illinois State Senate photo)*

Last January over 700 groups filed 4,000 applications for 75 Illinois cannabis dispensary licenses. Today state cannabis regulators announced that of those applicants, only twenty-one groups won the right to enter the tiebreaker phase, and of that twenty-one, there are many overlapping relationships and owners. The fact that there are fewer tiebreakers than possible licenses, and that most tiebreakers have multiple entries, suggest that almost every applicant that made it to the tiebreaker stage is guaranteed at least one license – if not more.

The tiebreaking application winners are a small, often connected group. For instance, it appears that one attorney represented three application groups, and one LLC group is the registered manager of two winning application groups.

In a written statement, Toi Hutchinson, Senior Advisor to the Governor on Cannabis Control, lauded the list of tiebreaker applicants. "We are extremely gratified that every license in this first round will go to a social equity applicant. Illinois is the first and only state in the nation to reach this equity milestone."

EXHIBIT 3

**Signup for our newsletter!**

First Name

Last Name

Email

Your email address

Get Started

That same written statement announced that the tiebreaker would be conducted in "late September", but a state spokesman did not have details on specifically when, where, using what mechanism, and if the tiebreaker could be observed by the public

A close examination of the applicants that made it to the tiebreaking phase, (a complete list assembled by Grown In with the agents and managers for each winner is available here (https://docs.google.com/spreadsheets/d/1gtxCKM_OFVQP00YmWQNxjbZWz1tf279n3xGdywnbNaY/edit?usp=sharing). The official list is here (https://www.idfpr.com/Forms/AUC/2020%20Top%20scorer%20document.pdf).) calls Hutchinson's claim of social equity into question, since so many winners are affiliated with existing major cannabis companies or well-known business leaders.

Asked for more detail, a state spokesperson said that "Of the 21 applicants, 13 are majority owned and controlled by people of color and 17 have at least one owner who is a person of color." In addition, the spokesperson cited that, "14 of the 21 applicants qualify as Social Equity Applicants because they have [at] least 51% ownership and [are] control[ed] by one or more individuals who have resided for at least 5 of the preceding 10 years in a Disproportionately Impacted Area."

Asked for comment Thursday night, many cannabis company leaders and applicants refused to speak on the record, as they assessed their options. "One of the interesting things to me are the names that I don't see," said one attorney, Mark Peysakhovich, who represents multiple applicant groups. "I've already had two dissatisfied applicants tell me they are filing lawsuits."

Scott Redman, a member of one applicant group said, "There were going to be a lot of disappointed people to begin with, but now [it's worse] because of the concentration. It was always going to be the case, because you could put in for ten licenses. That was going to be a problem to begin with."

The details of the tiebreaker applicants are often not what you would expect from a social equity applicant. For instance, one of the members of the EHR Holdings tiebreaker application group is former Chicago Police superintendent Terry Hillard, who is not a stranger to cannabis dispensary applications. In 2015, many Illinois medical cannabis dispensary license applicants listed Hillard's firm, Hilliard Heintze, as the security consultant for their applications. Hilliard is Black and his home address is in a Disproportionately Impacted Area, but as a former Chicago Police superintendent, he may not fit the social equity mold many proponents of the social equity program imagined.

Phil Stephani, owner of Gold Coast restaurant Tavern on Rush, is also part of a winning group, GRI Holdings. Stephani's win today is a special form of irony, since just last week he testified before the Chicago Zoning Board of Appeals against PharmaCann's unsuccessful bid for site a dispensary near Stephani's Tavern on Rush.

Another winning group, 127 IL LLC, is backed by Nicole Van Rensburg, the one-time owner of Midwest Cannabis, a 2015 medical license winner. Rensburg, a Florida resident, sold her license to PharmaCann and is now CEO of Boca Raton-based Bloom Medicinals (https://bloommedicinals.com/), which operates dispensaries in multiple states.

Tiebreaker applicant AmeriCanna Dream LLC is led by Adam Safro, a managing director of New Era Capital, a real estate investment group led by Sammy Dorf, president of Verano Holdings.

Two application groups, Clean Slate OpCo LLC and Dealership LLC, which combined have 38 tiebreaker applications, have the same manager, Clean Slate Holdings LLC, a company that is not listed under the Illinois Secretary of State's list of registered companies.

Clean Slate OpCo and Dealership also share an attorney for registration, sole proprietor Robert Cosentino, based in Western Springs.

Another pair of applicants have even closer ties. Applicant Fortunate Son, LLC, is backed by Jeff Rehberger, president of Lucky Lincoln Gaming, an Illinois terminal operator company. Sam Fakhouri is a business development manager for Lucky Lincoln Gaming, and spoke forcefully at a January community meeting against Cresco Labs' proposed River North Chicago dispensary. Sam Fakhouri is also the owner of the building where MoCa Modern Cannabis sited a new River North dispensary.

Omar Fakhouri, the brother of Sam, is the backer of tiebreaker applicant Mint IL LLC. Omar Fakhouri is also the owner of Michigan's SkyMint (https://www.skymint.com/), which owns and operates a dozen cannabis dispensaries in the Mitten.

Ahmad Joudeh, leader of the tiebreaker applicant SB IL LLC, is the one-time owner of Starbuds, a group of 14 cannabis dispensaries in Colorado, recently sold to Schwazze (https://www.newcannabisventures.com/schwazze-signs-definitive-agreement-to-buy-13-star-buds-colorado-cannabis-stores-for-118-million-in-cash-and-stock/).

Chicago NORML leader Edie Moore is also part of two tiebreaker applicant groups, Make Peace LLC and Terra House LLC. For the second group, Moore partnered with Chicago's 47th Ward Democratic Committeeman and statehouse lobbyist Paul Rosenfeld.

Asked for a comment Thursday night, Moore told Grown In, "I'm pleased for myself, but I'm playing the momma bird and want to make sure everybody else is OK. My husband and I are on the same team, He's doing the happy dances for our team while I'm trying to work on behalf of Chicago NORML members and all the social equity applicants."

EXHIBIT 3