

Jon Loevy <jon@loevy.com>

## Notice of Posting of Tied Cannabis Applicants
1 message

**IDFPR Notification** <FPR.AdultUseCannabis@illinois.gov>     Thu, Sep 3, 2020 at 2:01 PM
To: jon@loevy.com

Dear Conditional Adult Use Dispensing Organization License Applicant Point of Contact:

Thank you for participating in the application process. This email is to let you know that the Illinois Department of Financial and Professional Regulation has posted the list of 'tied applicants' for each region who may qualify to participate in the upcoming lottery to be awarded a Conditional Adult Use Dispensing Organization License ('Conditional License'). There were no individual winners in any region, so all 75 conditional licenses will be determined by lottery. The link for the list of tied applicants can be found here.

In each region there were several applicants who received the maximum possible score of 252 points. If you are not on the list, your application did not receive that number of points, you do not qualify to participate in the lottery, and you will not be awarded a Conditional License.

Thank you again for your participation in the process.

EXHIBIT 6

# Top Scoring Applicants by BLS region (REVISED)

## Conditional Adult Use Dispensing Organization Licenses

### September 3, 2020

Editor's Note: At the conclusion of the scoring process, there were "tied applicants" in each of the seventeen Illinois Bureau of Labor Statistics regions ("BLS region"). Their names are listed below by region. The number next to the name of each BLS region name represents the number of conditional licenses that will be awarded in that BLS region. The number next to the name of each tied applicant represents the number of licenses that applicant sought in the BLS region.

Tied applicants, should they become eligible for the lottery, will get one entry into the BLS region's lottery for each application fee paid up to the maximum number of licenses available in that region. A tied applicant cannot become eligible for the lottery if one or more of its principal officers are associated with more tied applicants than the number of licenses available in the BLS region. The Department must publish the names of the applicants eligible for the lottery more than five business days before the lottery is conducted.

| **Bloomington – 1** | **Cape Girardeau – 1** |
|---|---|
| AmeriCanna Dream LLC – 1 | AmeriCanna Dream – 1 |
| Clean Slate Opco LLC – 1 | Clean Slate Opco LLC – 1 |
| Dealership LLC – 1 | Dealership LLC – 1 |
| Fortunate Son Partners LLC – 1 | Fortunate Son Partners LLC – 1 |
| Full License Pursuit LLC – 1 | Mint IL LLC – 1 |
| Mint IL LLC – 1 | V3 Illinois Vending LLC – 1 |
| SB IL LLC – 1 | Vertical Management LLC – 1 |
| So Baked Too LLC – 1 | |
| V3 Illinois Vending LLC – 1 | |
| **Carbondale-Marion – 1** | **Champaign-Urbana – 1** |
| AmeriCanna Dream LLC – 1 | AmeriCanna Dream LLC – 1 |
| Clean Slate Opco LLC – 1 | Clean Slate Opco LLC – 1 |
| Dealership LLC – 1 | Dealership LLC – 1 |
| Fortunate Son Partners LLC – 1 | Fortunate Son Partners LLC – 1 |
| Mint IL LLC – 1 | Mint IL LLC – 1 |
| SB IL LLC – 1 | SB IL LLC – 1 |
| V3 Illinois Vending LLC – 1 | So Baked Too LLC – 1 |
| | V3 Illinois Vending LLC – 1 |
| **Chicago-Naperville-Elgin – 47** | **Danville – 1** |
| 127 IL LLC – 1 | 127 IL LLC – 1 |
| Alchemy Curations LLC – 1 | AmeriCanna Dream LLC – 1 |
| AmeriCanna Dream LLC – 15 | Clean Slate Opco LLC – 1 |
| Black Rain LLC – 1 | Dealership LLC – 1 |
| Clean Slate Opco LLC – 10 | Fortunate Son Partners LLC – 1 |
| Dealership LLC – 10 | Mint IL LLC – 1 |
| Deer Park Partners LLC – 5 | SB IL LLC – 1 |
| EHR Holdings LLC – 3 | V3 Illinois Vending LLC – 1 |
| Fortunate Son Partners LLC – 10 | |
| Green Equity Ventures 1 LLC – 3 | |
| GRI Holdings LLC – 20 | |
| Make Peace LLC – 1 | |

EXHIBIT 6

| **Chicago-Naperville-Elgin – 47 (continued)** | **Davenport-Moline-Rock Island – 1** |
|---|---|
| Mint IL LLC – 5<br>SB IL LLC – 4<br>So Baked Too LLC – 2<br>Suite Greens LLC – 4<br>Terra House LLC – 6<br>TPFB LLC – 1<br>V3 Illinois Vending LLC – 5<br>Vertical Management LLC – 10 | AmeriCanna Dream LLC – 1<br>Clean Slate Opco LLC – 1<br>Dealership LLC – 1<br>Fortunate Son Partners LLC – 1<br>Mint IL LLC – 1<br>SB IL LLC – 1<br>V3 Illinois Vending LLC – 1 |
| **Decatur – 1** | **East Central – 2** |
| AmeriCanna Dream LLC – 1<br>Clean Slate Opco LLC – 1<br>Dealership LLC – 1<br>Fortunate Son Partners LLC – 1<br>Mint IL LLC – 1<br>SB IL LLC – 1<br>So Baked Too LLC – 1<br>V3 Illinois Vending LLC – 1 | 127 IL LLC – 1<br>AmeriCanna Dream LLC – 2<br>Clean Slate Opco LLC – 2<br>Dealership LLC – 2<br>Fortunate Son Partners LLC – 2<br>GRI Holdings LLC – 1<br>Mint IL LLC – 2<br>SB IL LLC – 1<br>Suite Greens LLC – 2<br>V3 Illinois Vending LLC – 2 |
| **Kankakee – 1** | **Northwest – 3** |
| 127 IL LLC– 1<br>AmeriCanna Dream LLC – 1<br>Clean Slate Opco LLC – 1<br>Dealership LLC – 1<br>Deer Park Partners LLC – 1<br>Fortunate Son Partners LLC – 1<br>Green Equity Ventures 1 LLC – 1<br>Mint IL LLC – 1<br>SB IL LLC – 1<br>V3 Illinois Vending LLC – 1 | 127 IL LLC – 1<br>AmeriCanna Dream LLC – 2<br>Black Rain LLC – 1<br>Clean Slate Opco LLC – 3<br>Dealership LLC – 3<br>Deer Park Partners LLC – 2<br>EHR Holdings LLC – 1<br>Fortunate Son Partners LLC – 3<br>GRI Holdings LLC – 1<br>Mint IL LLC – 2<br>SB IL LLC – 1<br>Suite Greens LLC – 2<br>Terra House LLC. – 2<br>TPFB LLC – 1<br>V3 Illinois Vending LLC – 3 |
| **Peoria – 3** | **Rockford - 2** |
| 127 IL LLC – 1<br>AmeriCanna Dream LLC – 2<br>Black Rain LLC – 1<br>Clean Slate Opco LLC – 3<br>Dealership LLC – 3<br>Fortunate Son Partners LLC – 3<br>GRI Holdings LLC – 1<br>Mint IL LLC – 2<br>SB IL LLC – 1<br>So Baked Too LLC – 2<br>V3 Illinois Vending – 3<br>Vertical Management LLC – 3 | 127 IL LLC – 1<br>AmeriCanna Dream LLC – 1<br>Clean Slate Opco LLC – 2<br>Dealership LLC – 2<br>Deer Park Partners LLC – 2<br>EHR Holdings LLC – 1<br>Fortunate Son Partners LLC – 2<br>Mint IL LLC – 2<br>SB IL LLC – 1<br>TPFB LLC – 1<br>V3 Illinois Vending LLC – 2 |

EXHIBIT 6

| South – 2 | Springfield – 1 |
|---|---|
| 127 IL LLC – 1<br>AmeriCanna Dream LLC – 1<br>Clean Slate Opco LLC – 2<br>Dealership LLC – 2<br>Fortunate Son Partners LLC – 2<br>Mint IL LLC – 2<br>SB IL LLC – 1<br>V3 Illinois Vending LLC – 2 | AmeriCanna Dream LLC – 1<br>Clean Slate Opco – 1<br>Dealership LLC – 1<br>Fortunate Son Partners LLC – 1<br>Mint IL LLC – 1<br>SB IL LLC – 1<br>V3 Illinois Vending LLC – 1 |
| **St. Louis – 4** | **West Central – 3** |
| 127 IL LLC – 1<br>AmeriCanna Dream LLC – 2<br>Clean Slate Opco LLC – 4<br>Dealership LLC – 4<br>Fortunate Son Partners LLC – 4<br>GRI Holdings LLC – 1<br>Mint IL LLC – 2<br>SB IL LLC – 2<br>So Baked Too LLC – 2<br>V3 Illinois Vending LLC – 4 | 127 IL LLC – 1<br>AmeriCanna Dream LLC – 2<br>Clean Slate Opco LLC – 3<br>Dealership LLC – 3<br>Fortunate Son Partners LLC – 3<br>GRI Holdings LLC – 1<br>Mint IL LLC – 2<br>SB IL LLC – 1<br>Suite Greens LLC – 3<br>V3 Vending Illinois LLC – 3 |

EXHIBIT 6