# Dispensary Application Competition: Request for Documents



**Jon Loevy** <jon@loevy.com>  11:52 PM (0 minutes ago)
to FPR.AdultUseCannabis, mike@loevy.com

Dear IDFPR:

We represent a group of dispensary applicants that did not advance to the tie-breaking round notwithstanding majority-SEA and veteran ownership, as well as first-class applications.

We write to request that you provide certain information so that we can expeditiously assess the merits of our arguments for judicial review. The information requested is as follows:

1. The scores and scorecards (or other similar documents) for each of our applications.
2. The scoring rubric and evaluation criteria.
3. All Documents that memorialize the reasons/rationale why our application did not score sufficient points to advance to the tie-breaking round.
4. All Documents relating to the scores of the 21 applicants that did advance to the tie-breaking round.

In order for us to have any meaningful opportunity for judicial review and a remedy, we may need judicial relief prior to the lottery. Given the urgency of the situation, we ask that you make these documents available as soon as possible, and no later than the close of business tomorrow. Please email them to this email address. If you communicate with us where to go, we will come and pick them up.

The names our applicants are: JG IL LLC; Green Star LLC; ReNu LLC; Blounts & Moore LLC; TCAppliCo LLC; Celestia LLC; 3rd Coast Greenhouse; SociaLeaf; Greener Grass; KAP-JG LLC; Emerald Coast; Botavi Wellness; Lakeshore Greens; Deep Earth; Heartland Greens; Herbal Re-Leaf; The Doobie Room; BiaMed; Southshore Restore; Healing Source; Northland Dispensary; CannaBistro; PGW; Emerald Island; and Prairie Grass.

Thank you for your consideration.

Jon Loevy

EXHIBIT 7