IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| SOUTHSHORE RESTORE LLC; et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Judge Alonso |
| ) | |
| v. ) | Case No. 20 C 5264 |
| ) | |
| ILLINOIS DEPARTMENT OF FINANCIAL ) | |
| AND PROFESSIONAL REGULATION; et al. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER
AND PRELIMINARY INJUNCTIVE RELIEF**

    Plaintiffs, by their attorneys, Loevy & Loevy, hereby move for a temporary restraining order and preliminary injunctive relief along the lines described in, and for all of the reasons set forth in, the accompanying Memorandum, which is expressly incorporated herein.

Respectfully Submitted:

/s/ Jon Loevy

Jon Loevy
Michael Kanovitz
Loevy and Loevy (41295)
311 North Aberdeen Street
Chicago, IL 60607
(312) 243-5900